JS-6

PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSE JIMENEZ, an individual;<br><br>    Defendants. | Case No.: 5:23-cv-00395-JGB-SHKx<br><br>**JUDGMENT** |

# JUDGMENT

On July 12, 2023, the Court entered an order granting plaintiff Hoang Minh Le's ("Plaintiff") motion for default judgment against Defendant JOSE JIMENEZ, an individual ("Defendant"). Consequently,

## IT IS ORDERED AND ADJUDGED

1. That Plaintiff recover $3440.00 in attorney's fees from Defendant;

2. That Plaintiff recover $477.00 in costs from Defendant;

3. That Defendant is enjoined to ensure that accessibility barriers at the Property located at 935 E. Holt Blvd., Ontario, CA 91761-1966 (the "Property"), are removed and/or corrected, including but not limited to ensuring that accessible parking and pathways at the Property are accessible;

5. The Court has declined to exercise supplemental jurisdiction of Plaintiff's Unruh Claim and has dismissed Plaintiff's Unruh claim without prejudice;

6. The Clerk is DIRECTED to close the case.

Dated: July 12, 2023

Honorable Jesus G. Bernal
United States District Court Judge